270

REYWAL CO. LIMITED PARTNERSHIP ET AL., APPELLEES,
*v.* CITY OF DUBLIN, APPELLANT.

[Cite as *Reywal Co. Ltd. Partnership v. Dublin,*
128 Ohio St.3d 270, 2010-Ohio-5949.]

(No. 2010–1435—Submitted November 16, 2010—Decided December 9, 2010.)

{¶ 1} The discretionary appeal is accepted on Proposition of Law No. I.

{¶ 2} The judgment of the court of appeals is affirmed in judgment only on the authority of *Campbell v. Carlisle,* 127 Ohio St.3d 275, 2010-Ohio-5707, 939 N.E.2d 153, and the cause is remanded to the trial court for application of *Campbell v. Carlisle.*

LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and LANZINGER, JJ., concur.

BROWN, C.J., and PFEIFER and CUPP, JJ., dissent and would not accept the discretionary appeal.

---

Vorys, Sater, Seymour and Pease, L.L.P., Bruce L. Ingram, Joseph R. Miller, and John M. Kuhl, for appellees.

Schottenstein, Zox & Dunn, L.P.A., Alan G. Starkoff, and Jeremy M. Grayem, for appellant.